FORM 7.   Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☑ United States District Court for the DISTRICT OF MASSACHUSETTS

☐ United States Court of International Trade

☐ United States Court of Federal Claims

☐ United States Court of Appeals for Veterans Claims

Type of case: PATENT

JOHN PRESTON ET AL    v.   CHRISTOPHER NAGEL ET AL

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 15CV13592-WGY          Date of Judgment or Order JANUARY 22, 2016

Cross or related appeal? _____     Date of Notice of Appeal JANUARY 26, 2016

Appellant is: ☐ Plaintiff   ☑ Defendant   ☐ Other (explain) _____

FEES:   Court of Appeals docket fee paid?   ☑ Yes   ☐ No

        U.S. Appeal?                        ☐ Yes   ☑ No

        In forma pauperis?                  ☐ Yes   ☑ No

Is this matter under seal?   ☐ Yes   ☑ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

| | |
|---|---|
| Joseph M. Cacace | Roberto M. Braceras |
| Todd & Weld | Goodwin Procter LLP |
| One Federal Street | Exchange Place |
| 27th Floor | 53 State Street |
| Boston MA 02110 | Boston MA 02109 |
| 617-720-2626 | 617-570-1895 |

COURT REPORTER: (Name and telephone):   Richard Romanow (bulldog@richromanow.com)

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439